In the Matter of the Judicial Settlement of the Accounts of OLIVIA C. EATON, as Executrix, etc., of HERVEY E. EATON, Deceased, Executor of the Estate of ELIZABETH S. EATON, Deceased. OLIVIA C. EATON, Executrix, etc., and Others, Appellants; RALPH PHELPS and Others, Respondents.— Decree unanimously affirmed, with costs, on the authority of *Matter of Eaton* (159 App. Div. 7).

In the Matter of the Judicial Settlement of the Account of JOHN F. CARNRIGHT and ALBERT CARNRIGHT, JR., as Administrators with the Will Annexed of ABRAHAM CARNRIGHT, Deceased, Respondents. In the Matter of the Judicial Settlement of the Account of JOHN F. CARNRIGHT and ALBERT CARNRIGHT, JR., as Administrators, etc., of SOPHIA CARNRIGHT, Deceased, Respondents. In the Matter of the Judicial Settlement of the Account of JOHN F. CARNRIGHT and ALBERT CARNRIGHT, JR., as Administrators, etc., of MARTHA CARNRIGHT, Deceased, Respondents. ANNA HOUGHTALING GREENE and Others, Appellants.—Decree in each case unanimously affirmed, with one bill of costs against the appellants. This court finds as a fact that the appellants did not take their assignments in good faith.

THE MERCHANTS NATIONAL BANK OF PLATTSBURGH, N. Y., Respondent, v. TEUTONIA FIRE INSURANCE COMPANY OF ALLEGHENY, PA., Appellant.— Judgment and order affirmed, with costs. All concurred, except H. T. Kellogg, J., not voting.

In the Matter of the Application of SUSAN WHITE, Respondent, for an Order to Compel EDWARD M. ANGELL, an Attorney, Appellant, to Deliver to Her a Certain Paper.— Order reversed, with ten dollars costs and disbursements, and proceeding dismissed, without costs, on the ground that the answer of the appellant presented an issue which could not be determined on affidavits. All concurred.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH A. KELLOGG and Others, as Executors, etc., of J. HUYLER WHITE, Deceased, Respondents. SUSAN WHITE, Appellant.— Decree, so far as appealed from, unanimously affirmed, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JAMES O'ROURKE, for Himself, Respondent, v. McNULTY BROTHERS, INC., Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MICHAEL BIANC, Employee, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH VAUGHN, Respondent, for Compensation under the